BEFORE THE THIRD DIVISION, MAY 13, 1941

**No. 45825.**—Protest 845978–G of W. X. Huber Co. (Los Angeles).

Opinion by Evans, J. In accordance with stipulation of counsel and on the authority of *United States* v. *Great Pacific Co.* (23 C. C. P. A. 319, T. D. 48192) and *United States* v. *Kwong* (id. 327, T. D. 48193) the broken rice content of the milled rice in question was held dutiable at five-eighths of 1 cent per pound under paragraph 727 as claimed. Apricot kernels similar to those the subject of Abstract 34104 were held dutiable at 3 cents per pound under paragraph 762.